UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>Jose CAMACHO-Jimenez,<br><br>    Defendant | Magistrate Docket No. 08 MJ 0009<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, U.S.C., Section 1326<br>Deported Alien Found in the<br>United States |

FILED
08 JAN -2 AM 10:09
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

The undersigned complainant, being duly sworn, states:

On or about **January 1, 2008** within the Southern District of California, defendant, **Jose CAMACHO-Jimenez**, an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **2nd** DAY OF **January 2008**

_____
Cathy A. Bencivengo
UNITED STATES MAGISTRATE JUDGE

**CONTINUATION OF COMPLAINT:**
**Jose CAMACHO-Jimenez**

## PROBABLE CAUSE STATEMENT

On January 1, 2008 Border Patrol Agent M. Owens was assigned duties at the Border Patrol checkpoint on Interstate 8 near Pine Valley California. At approximately 10:15 A.M. a citizen reported seeing a suspected undocumented alien walking west on the I-8 westbound near highway 79 exit. This area is five miles east of the Tecate, California Port of Entry and thirteen miles north of the United States/ Mexico international boundary.

Agent Owens observed an individual later identified as the defendant **Jose CAMACHO-Jimenez**, walking west along the freeway. Agent Owens approached the defendant, identified himself as a Border Patrol Agent and conducted an immigration inspection. The defendant admitted to being a citizen and national of Mexico without any immigration documents allowing him to be present in the United States. The defendant was placed under arrest and transported to the Campo Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **December 17, 2007** through **Calexico, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his rights as per the Miranda Warning. The defendant admitted that he understood his rights and agreed to be interviewed without representation. The defendant admitted that he entered the United States illegally on December 27, 2007 by crossing the U.S./Mexico international boundary east of the port of entry at Tecate, California.