FILED
08 JAN 31 AM 11:14
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: ___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury     08 CR 0265 JAH

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. _____ |
| Plaintiff, | **I N D I C T M E N T** |
| v. | Title 8, U.S.C., Secs. 1326(a) and (b) – Deported Alien Found in the United States |
| JOSE CAMACHO-JIMENEZ, | |
| Defendant. | |

The grand jury charges:

On or about January 1, 2008, within the Southern District of California, defendant JOSE CAMACHO-JIMENEZ, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b).

//

//

CJB:em:San Diego
1/30/08

It is further alleged that defendant JOSE CAMACHO-JIMENEZ was removed from the United States subsequent to March 10, 2003.

DATED: January 31, 2008.

A TRUE BILL:

*[signature]*
Foreperson, Deputy

KAREN P. HEWITT
United States Attorney

By: *[signature]*
CARLA J. BRESSLER
Assistant U.S. Attorney