KENNETH J. TROIANO
ATTORNEY AT LAW
State Bar Number 134786
P.O. Box 33536
San Diego, California 92163-3536
(858) 268-8600

Attorney for Defendant
JOSE CAMACHO-JIMENEZ

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. JOHN A. HOUSTON)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case #: **08CR0265-JAH** |
| Plaintiff, | Date: **March 3, 2008** |
| | Time: **8:30 a.m.** |
| v. | |
| JOSE CAMACHO-JIMENEZ, | **NOTICE OF MOTIONS AND MOTIONS TO/FOR:** |
| Defendant. | 1) **COMPEL DISCOVERY** |
| | 2) **LEAVE TO FILE FURTHER MOTIONS** |
| | 3) **RESERVE RIGHT TO HEARING** |

PLEASE TAKE NOTICE that on Monday March 3, 2008, at 8:30 a.m., the defendant, JOSE CAMACHO-JIMENEZ, by and through his counsel, KENNETH J. TROIANO, will bring the below listed motions.

## MOTIONS

The defendant, Jose Camacho-Jimenez, hereby moves the Court pursuant to the Federal Rules of Criminal Procedure, the United States Constitution, and all other statutes and related case law, to/for:

1) Compel the government to provide discovery of any and all evidence that is discoverable under Rule 16(a)(1)(A)-(E), <u>Brady v. Maryland</u>, and <u>Giglio v. United States</u>; and

2) For leave to file further motions; and

3) Reserve his right to a hearing regarding post-arrest statements.

Respectfully submitted,

Dated: <u>February 14, 2008</u>

*S/Kenneth J. Troiano*
Kenneth J. Troiano
Attorney for Defendant
Jose Camacho-Jimenez

## Proof of Service

I, Kenneth J. Troiano, declare as follows:

That I am a citizen of the United States and resident of the County of San Diego, State of California.

That I am over the age of 18 years and not a party to the within action.

That my business address is: 3200 Fourth Avenue, Suite 208, San Diego, California 92103, with a mailing address of P.O. Box 33536, San Diego, California 92163, telephone number: (858) 268-8600.

That on February 14, 2008, I caused to be filed in the United States District Court for the Southern District of California the Defendant's Notice of Motions and Motions to Compel Discovery, Leave to File Further Motions, Reserve Right to Hearing, and Memorandum of Points and Authorities in *United States v Jose Camacho-Jimenez., 08CR0265-JAH,* as follows[1]:

1) U.S. District Court (E-File)

2) U.S. Attorney CR – Efile.dkt.gc2@usdoj.gov (E-File)

   (Attn.: AUSA Eugene Litvinoff)

I certify under penalty of perjury that the foregoing is true and correct.

Executed on February 14, 2008 at San Diego, California.

*s/Kenneth J. Troiano*
Kenneth J. Troiano
Declarant

---

[1] E-filing names and addresses conform to CM/ECF Mailing Information available on day of filing