MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. vs _Jose Camacho-Jimenez_          No. _08CR 0265-JAH_

The Court finds excludable delay, under the section indicated by check ( √ ), commenced on ___4/7/08___ and ended on ___5/5/08___.

3161(h)

___(1)(A)  Exam or hrg for **mental or physical incapacity**

___(1)(B)  **NARA exam**ination (28:2902)

___(1)(D)  State or Federal trials or **other charges pending**

___(1)(E)  **Interlocutory appeals**

___(1)(F)  **Pretrial motions** (from flg to hrg or other prompt dispo)

___(1)(G)  **Transfers from other district** (per FRCrP 20, 21 & 40)

___(1)(J)  **Proceedings under advisement** not to exceed thirty days

___        Misc proc:  Parole or prob rev, deportation, **extradition**

___(1)(H)  **Transportation** from another district or to/from examination or hospitalization in ten days or less

___(1)(I)  Consideration by Court of **proposed plea agreement**

___(2)     **Prosecution deferred** by mutual agreement

___(3)(A)(B)  **Unavailability of defendant** or **essential witness**

___(4)     Period of **mental or physical incompetence** of defendant to stand trial

___(5)     Period of **NARA commitment or treatment**

___(6)     **Superseding indictment and/or new charges**

___(7)     **Defendant awaiting trial of co-defendant** when no severance has been granted

___(8)(A)(B)  **Continuance**s granted per (h)(8)-use "T" alone if more than one of the reasons below are given in support of continuance

√(8)(B)(i)(1)  Failure to **continue** would stop further proceedings or result in **miscarriage of justice**

___(8)(B)(ii)  2) **Case** unusual or **complex**

___(8)(B)(iii) 3) **Indictment** following arrest **cannot be filed** in thirty (30) days

___(8)(B)(iv)  4) **Continuance** granted in order to obtain or **substitute counsel**, or give reasonable time to prepare

___3161(I)  Time up to **withdrawal of guilty plea**

___3161(b)  **Grand jury indictment time extended** thirty (30) more days

A
B
C
D
E
F
G
H
6
7
I
M
N
O
P
R
T
T1
T2
T3
T4
U
W

Date _4/7/08_

_____
Judge's Initials